**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**PHI HEALTH, LLC,**

**Plaintiff,**

**-vs-**

**Case No. 3:26-CV-00325**

**COMMUNITY INSURANCE COMPANY, INC. et al.,**

**Defendants.**

---

# ORDER

---

Per Local Rule 82.1, IT IS ORDERED that the above captioned case be transferred to the Eastern Division at Columbus of the United States District Court for the Southern District of Ohio, for reassignment to a Judge at that location.

**DONE** and **ORDERED** in Dayton, Ohio, this 9th day of September, 2026.

***s/ Thomas M. Rose***

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT